COPY

FILED
2012 APR 27 PM 1:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

1  BARRETT K. GREEN, Bar No. 145393
   bgreen@littler.com
2  LITTLER MENDELSON, P.C.
   2049 Century Park East
3  5th Floor
   Los Angeles, CA 90067.3107
4  Telephone: 310.553.0308
   Facsimile: 310.553.5583
5
   Attorneys for Defendants
6  STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY, DON FRANCO
7  and FRANK BROWN

8

                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA

DAVID HOFFMANN,                    Case No. ED CV 12 00647 VAP Ex

           Plaintiff,

    v.                             **NOTICE OF INTERESTED PARTIES**

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, DON FRANCO, FRANK
BROWN and DOES 1-25, inclusive,

           Defendants.

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
2  CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER
3  ATTORNEY(S) OF RECORD:
4      The undersigned counsel of record for Defendants State Farm Mutual
5  Automobile Insurance Company, Don Franco and Frank Brown certify that the
6  following listed parties have direct, pecuniary interests in the outcome of this case:
7          Plaintiff David Hoffmann;
8          Defendant State Farm Mutual Automobile Insurance Company;
9          Defendant Don Franco;
10         Defendant Frank Brown.
11     This representation is made to enable the Court to evaluate possible
12 disqualification or recusal.
13 Dated: April 27, 2012         Respectfully submitted,

                                       BARRETT K. GREEN
                                       LITTLER MENDELSON, P.C.
                                       Attorneys for Defendants
                                       STATE FARM MUTUAL
                                       AUTOMOBILE INSURANCE
                                       COMPANY, DON FRANCO and
                                       FRANK BROWN

20 Firmwide:109611942.1 021168.1108

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308