| | |
|---|---|
| 1 | IAN T. WADE, Bar No. 229153 |
|   | iwade@littler.com |
| 2 | SARAH M. MILSTEIN, Bar No. 266452 |
|   | smilstein@littler.com |
| 3 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 4 | 2049 Century Park East |
|   | 5th Floor |
| 5 | Los Angeles, CA  90067.3107 |
|   | Telephone:  310.553.0308 |
| 6 | Facsimile:   310.553.5583 |

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOFFMANN, | Case No.  EDCV 12-00647 JAK (Ex) |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JUDGE JOHN A. KRONSTADT |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INS. COMPANY, DON FRANCO, FRANK BROWN and DOES 1 - 25, Inclusive, | **JUDGMENT** |
|  | **JS-6** |
|  | **[FED. R. CIV. P. 56-1]** |
| Defendants. | Hearing:  December 17, 2012 |
|  | Time: 8:30 a.m. |
|  | Room: 750 |
|  | State Complaint Filed: January 19, 2012 |
|  | Removed:   April 27, 2012 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

On December 17, 2012, Defendant State Farm Mutual Automobile Insurance Company's ("Defendant" or "State Farm") Motion for Summary Judgment, or in the Alternative, Summary Adjudication of Issues, came on for hearing before the Court. On February 25, 2013, the Court granted Defendant's Motion for Summary Judgment in its entirety.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Defendant and against Plaintiff David Hoffman ("Plaintiff") on all causes of action asserted by Plaintiff in this action. Plaintiff takes nothing against Defendant and that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice on the merits. Defendant may recover its costs against Plaintiff in an amount to be determined upon the filing and approval of the appropriate application consistent with the federal and/or local rules.

**IT IS SO ORDERED**.

Dated: March 14, 2013

JOHN A. KRONSTADT
U.S. DISTRICT COURT JUDGE

Firmwide:116234419.3 021168.1108

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.